**Shannon R. HOPSON, Petitioner— Appellant,**

v.

**DIRECTOR OF CORRECTIONS; et al., Respondents—Appellees.**

No. 04–57196.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.[*]

Decided May 22, 2006.

Shannon R. Hopson, San Diego, CA, pro se.

Kevin R. Vienna, Esq., AGCA—Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**694**

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

California state prisoner Shannon R. Hopson appeals pro se from the district court's denial of his motion for relief from the order denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 1291.

In Hopson's Federal Rule of Civil Procedure 60(b) motion, he seeks to relitigate the claims in his § 2254 petition that the district court already considered and denied. Accordingly, his request is in substance a successive habeas petition. *See Gonzalez v. Crosby,* — U.S. —, — —, 125 S.Ct. 2641, 2647–48, 162 L.Ed.2d 480 (2005).

Hopson has not petitioned this court for permission to file a successive habeas petition in the district court as required under 28 U.S.C. § 2244(b)(3)(A). We therefore vacate the district court's denial of the motion for lack of subject matter jurisdiction and remand with instructions to the district court to dismiss the motion. *See Cooper v. Calderon,* 274 F.3d 1270, 1274–75 (9th Cir.2001).

We also decline to provide such authorization here because Hopson does not allege that the claims rely on a new rule of constitutional law or rest on a newly dis-

covered factual predicate. 28 U.S.C. § 2244(b)(2), (3)(C).

**VACATED and REMANDED with instructions to the district court to dismiss the motion.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

